PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marlen Fabal                                         Cr.: 05-00144-001

Name of Sentencing Judicial Officer: The Honorable John C. Lifland, Sr. U.S. District Judge

Date of Original Sentence: 12/19/01

Original Offense: Importation of Ecstasy

Original Sentence: 37 months imprisonment; 3 years supervised release; $100 special assessment; Special condition of drug testing and/or treatment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/17/04

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

The offender has recently expressed feelings of depression and worthlessness as informed by the U.S. Probation Office for the Southern District of New York.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 03/29/06

PROB 12B - Page 2
Marlen Fabal

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4/5/06
_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

To modify the conditions of her supervision to include participation in mental health counseling as directed by the U.S. Probation Officer.

Witness: _____    Signed: _____
U.S. Probation Officer                        Supervised Releasee

1-13-2006
DATE